IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                 CRIMINAL NO. 1:00cr96-DCB

DONG VAN LE

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)      The sentence is reduced from 140 to 120 months;

(2)      All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the __2nd__ day of _____November_____, 2009.

                                                        *s/ David Bramlette*
                                                   UNITED STATES DISTRICT JUDGE

AGREED:

*John A. Meynardie*                              *George L. Lucas*
ASSISTANT U.S. ATTORNEY                DEFENSE COUNSEL